# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARK R. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13CV1883 RWS |
| ) | |
| T. CREWS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. The complaint is defective because it has not been drafted on a Court-provided form, see Local Rule 2.06(A), and because plaintiff has neither paid the filing fee nor submitted a proper motion to proceed in forma pauperis.[1]  See 28 U.S.C. § 1915(a).

Plaintiff has also submitted a premature motion for issuance of subpoenas which will be denied, without prejudice,  as plaintiff  has not yet even filed a proper complaint in this action and discovery has not yet been commenced.

Accordingly,

---

[1] The Court notes that plaintiff has submitted an incomplete "Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases." The proper motion to be filed in a 42 U.S.C. § 1983 action is "Motion to Proceed in Forma Pauperis and Affidavit in Support – Prisoner Cases."

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Motion to Proceed In Forma Pauperis – Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $350 filing fee or submit a proper motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.  If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that plaintiff's motion for issuance of subpoenas [Doc. #5] is **DENIED** without prejudice as prematurely filed.

Dated this 15th day of November, 2013.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE